IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RUSSEL E. PARKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. |
| v. | § | |
| | § | 4:06-CV-694-Y |
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Defendant. | § | |

## ADVICE TO COURT

By Court Order dated November 14, 2006, the Court ordered the parties to select a mediator, choose a mediation date during the month of July 2007, and report to the Court both the identity of the mediator and mediation date not later than May 1, 2007.

The parties have agreed to conduct mediation before Wade H. McMullen, McMullen Law Firm, 6300 Ridglea Place, Suite 509, Fort Worth, TX 76116-5731, Telephone: (817) 731-4163, Facsimile: (817) 731-7744.

At present, the parties are working to coordinate a date in July for the mediation and will advise the Court of same once a mutually agreeable date has been agreed upon.

Respectfully submitted,

_____
Russell D. Cawyer
State Bar No. 00793482
KELLY, HART & HALLMAN, LLP
201 Main Street, Suite 2500
Forth Worth, Texas 76102
(817) 332-2500
(817) 878-9280 Fax

ATTORNEY FOR DEFENDANT
AMERICAN AIRLINES, INC

Thomas L. Bright
State Bar No. 24039452
Gregory L. Dorst
State Bar No. 224012109
**Gregory L. Dorst & Associates**
5152 Rufe Snow Drive, Suite 302
North Richland Hills, Texas 76180
Telephone:     (817) 428-5400
Facsimile:     (817) 428-5439

**ATTORNEYS FOR PLAINTIFF
RUSSEL E. PARKER**

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record, who has consented in writing to accept this Notice as service of this document by electronic means:

Mr. Thomas L. Bright
5152 Rufe Snow, Suite 302
North Richland Hills, TX  76180

_____
Russell D. Cawyer

*[signature]*
Thomas L. Bright
State Bar No. 24039452
Gregory L. Dorst
State Bar No. 224012109
**Gregory L. Dorst & Associates**
5152 Rufe Snow Drive, Suite 302
North Richland Hills, Texas 76180
Telephone: (817) 428-5400
Facsimile: (817) 428-5439

**ATTORNEYS FOR PLAINTIFF
RUSSEL E. PARKER**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above document was served on Plaintiff's attorney, Thomas L. Bright, 5152 Rufe Snow Drive, Suite 302, North Richland Hills, Texas 76180 via email on May 7, 2007.

Russell D. Cawyer